UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

INTERNATIONAL TOTAL SERVICES, INC.,

               Debtor.

JUDGMENT
06-CV- 2957 (JG)

-----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE CO.,

               Appellant.

-against-

DELTA AIR LINES, INC.,

               Appellee.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 31 2006 ★

BROOKLYN OFFICE

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 28, 2006, affirming the judgment of the Bankruptcy Court; it is

     ORDERED and ADJUDGED that the judgment of the Bankruptcy Court is affirmed.

Dated: Brooklyn, New York
       August 28, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court